# MOUND COTTON WOLLAN & GREENGRASS LLP

COUNSELLORS AT LAW
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

(212) 804-4200
FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

SAMUEL B WEISS
212-804-4528
SWeiss@moundcotton.com

September 18, 2024

**VIA ACMS**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: *Certain Underwriters at Lloyds, London, et al. v. Mpire Properties LLC*
     Case No. 23-7613-cv

Dear Ms. Wolfe,

  I write to respectfully inform the Court of my withdrawal as counsel of record for Petitioners-Appellants (the "Insurers") in this matter.

  Effective September 19, 2024, I will no longer be employed by Mound Cotton Wollan & Greengrass LLP, counsel for the Insurers. My colleagues, Wayne Glaubinger and David Nelson, have appeared for the Insurers, and the firm continues to represent the Insurers in this matter.

  The Insurers will not be prejudiced by my withdrawal, and this withdrawal will not delay the case and will not otherwise be inequitable to either party.

                Respectfully submitted,

                *Samuel B. Weiss*

SBW:
cc: All counsel of record (via ACMS)